AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of **UNDER SEAL**
(Name, address or brief description of person, property, or premises to be searched)

1634 K St., NE,
Washington, DC, as further described in Attachment B

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**
CASE NUMBER:

(Further described below)

I _____ Stephanie E. Stradley, _____ being duly sworn depose and say:

I am a(n) _____ Special Agent with the U.S. Secret Service _____ and have reason to believe
                    (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
1634 K St., NE,
Washington, DC, as further described in Attachment B

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachment A

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
fruits, evidence, and instrumentalities

concerning a violation of Title  18  United States Code, Section(s) 371 and 1029 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

John Roth
AUSA
(202) 514-6961

Signature of Affiant
Stephanie E. Stradley,
U.S. Secret Service

Sworn to before me, and subscribed in my presence

_____          at Washington, D.C.
Date

_____          _____
Name and Title of Judicial Officer          Signature of Judicial Officer