# AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Stephanie E. Stradley, hereinafter referred to as your Affiant, state as follows:

1. Your Affiant is currently employed as a Special Agent with the United States Secret Service ("USSS"), Washington Field Office, Washington, DC. Your Affiant has been a Special Agent with the USSS since March 1999 and has received training and/or has experience in the investigation, charging and prosecution of financial crimes cases involving counterfeiting, identity fraud, and credit card fraud.

2. This affidavit is presented in support of a search warrant on the residence of Miles HOLLOMAN ("HOLLOMAN") for the fruits, instrumentalities and evidence relating to HOLLOMAN'S participation in a scheme to commit Access Device Fraud, in violation of Title 18, United States Code, Section 1029, and Conspiracy, in violation of Title 18, United States Code, Section 371.

3. The facts and information contained in this affidavit are based on my training, experience, and participation in this criminal investigation, including my personal knowledge and observations during the course of this investigation.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by your Affiant or known by the government.

5. HOLLOMAN is currently on bond pending sentence as a result of his guilty plea on June 15, 2005, before Federal District Judge Rosemary Collyer for conspiracy to commit access device fraud, resulting from a scheme in which HOLLOMAN obtained the identity information of other individuals and engaged in a long-term, high volume credit card fraud scheme with others. He has also been

convicted in 2001, in U.S. District Court for the District of Colombia, with conspiracy to commit access device fraud.

6. On July 13, 2006, Chadd Thomas, Manager, Corporate Center Loss Prevention, Nordstrom, Seattle, WA, advised your Affiant that since on or about November of 2005 through July of 2006, in the States of Virginia and Maryland, HOLLOMAN has been involved in a Nordstrom gift card scheme which has caused a loss to Nordstrom in excess of $40,000.00. The scheme involves HOLLOMAN and/or co-conspirators purchasing Nordstrom gift cards for a value between $5.00 and $50.00. HOLLOMAN then takes a legitimate gift card number to a local Nordstrom store and has a cashier load (i.e., add value to) the gift card with either a compromised credit card number or his Commerce Bank debit card, #XXXX XXXX XXXX 0578. Simultaneously, a co-conspirator is in the same store, at a different register, tendering the actual gift card for an amount less than or equal to the amount being loaded. On a later date, HOLLOMAN and/or the co-conspirators refund the merchandise for cash. At the time of the refund, whoever is returning the merchandise must present a photo identification card to the cashier; the information from that identification card is entered into the Nordstrom computer database.

7. For example, on June 20, 2006 at 1650 hours, at the Nordstrom in Towson, MD, an individual, who appears to be HOLLOMAN, is captured on videotape attempting to load $700.00 to gift card #XXXXXXXXXXXX4594 by using HOLLOMAN'S Commerce Bank debit card, #XXXX XXXX XXXX 0578. At 1652 hours, during the attempted $700.00 load to gift card #XXXXXXXXXXXX4594, a co-conspirator is tendering the gift card in the

Accessories department for $698.25. At 1657 hours, HOLLOMAN'S attempt to load the gift card with his debit card is declined and the transaction voided. On 6/24/06, at the Nordstrom in McLean, VA, HOLLOMAN refunds some of the merchandise purchased on 6/20/06 for $357.00 in cash; HOLLOMAN presents a District of Columbia identification card, #XXX0692, to the cashier during this transaction.

8. Likewise, according to store records, Holloman engaged in the same scheme on July 2, 2006, attempting to load $600 from his Commerce Bank debit card, #XXXX XXXX XXXX 0578, onto gift card #XXXXXXXXXXXX4594. Simultaneously, a confederate purchases $560.70 in goods using the gift card. On July 3, Holloman, again producing a DC identification card, receives a $173.25 cash refund on the items purchased the day before.

9. On 7/02/06 and 7/14/06, phone number 202-607-0761 was used to inquire about the balance of the above-referenced gift card, #XXXXXXXXXXXX4594. This is the phone number HOLLOMAN provided, and has been contacted at, for court-ordered communications.

10. On July 13, 2006, Commerce Bank verified that HOLLOMAN is the only account holder of debit card #XXXX XXXX XXXX 0578.

11. On July 24, 2006, your Affiant and other law enforcement officials viewed various videotapes at Nordstrom, Arlington, VA, to include footage of transactions relating to the above-referenced gift card, #XXXXXXXXXXXX4594. An individual appearing to match HOLLOMAN's description appeared in the videotapes.

12. I have reviewed records provided to me by Chad Thomas involving similar gift cards used to defraud Nordstrom's in a similar manner. There are a total of 40 different gift cards used in the scheme which, according to Nordstrom's records, started in late November 2005. Miles Holloman's telephone number, 202-607-0761, has been used to make balance inquires on at least 36 of these cards. To date, Nordstrom's has suffered a loss of approximately $41,000 as a result of this scheme. Additionally, according to store records, the scheme, in addition to using valueless debit cards, has used approximately 23 credit cards which have been reported lost, stolen or compromised to add value to the gift cards. During the course of the scheme, it appears that Holloman's cell telephone was used to add value to the gift cards, using the stolen credit cards.

13. Prior to Holloman being arrested by the U.S. Marshals Service on 9/9/03 for the offense he is now pending sentence, he was residing with Bernard Johnson at 1634 K St., NE, Washington, DC 20002. Holloman's accomplice in the offense for which he is pending sentence, confirmed that Holloman resided with Johnson. Specifically, the accomplice stated, during an interview on 4/7/04, that Holloman contacted her after his arrest and asked her to retrieve his belongings from Johnson's residence.

14. Since Holloman was released on 6/15/05, he has been attempting to cooperate with federal law enforcement. To that end, the federal agent assigned to him has met and picked him up at 1634 K St., NE, Washington, DC; the agent has seen Holloman physically depart said residence on approximately five occasions. Additionally, Holloman told this agent that he resides with Johnson. The last time

the agent met with HOLLOMAN was on July 10, 2006, although, pursuant to their arrangement, he was picked up about a block away from the residence. The last contact with Holloman was on July 21, 2006, via Holloman's cell phone.

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that at the location described in Attachment A, there will be found the fruits, evidence and instrumentalities of the crimes of access device fraud and conspiracy. I declare under penalty of perjury that the information provided above is true and correct.

_____
Stephanie E. Stradley
Special Agent
United States Secret Service

Subscribed and sworn to me
this \_\_\_\_ day of August, 2006

_____

**Attachment A**

The list of items to be searched for and seized are as follows:

16. All documents, records, and objects relating to gift cards, debit cards, bank accounts, and credit cards in the name of any individual, including monthly statements, applications, receipts, correspondence, faxes, lines of credit, checks and check registers and cancelled checks;

17. The cellular telephone using the number 202-607-0761, and all records relating to the telephone, including any calling records stored electronically on the telephone, but not the contents of any voicemail recording;

18. All identity documents, whether in the name of Miles Holloman or others, including government-issued identity cards, birth certificates, social security numbers and all documents or objects used to create and/or impersonate the identity of others, including utility bills, rental agreements, leases, photographs or correspondence;

19. All merchandise purchased from Nordstrom's department stores from November 2005 to the present, and all receipts, bills, manuals and other documents reflecting such purchases or returns.

**Attachment B**

Description of property to be searched:

1634 K Street, NE, Washington, DC 20002, is a 3-story, red-brick row house, which includes a walkout basement. 1634 K Street, NE, is the second row house on the block, west of 17th Place, NE. The front entrance to the property has steps leading to the front porch. There is a black, wooden door with glass partitions in the upper quarter section; black numbers "1634" are affixed to a white plaque which is to the left of the front door.