AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of          **UNDER SEAL**
(Name, address or brief description of person or property to be searched)

1634 K St., NE, Washington, DC
as further described in Attachment B

### SEARCH WARRANT

CASE NUMBER **06-341-M-01**

TO: United States Secret Service _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Stephanie E. Stradley, Special Agent with the U.S. Secret Service who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1634 K St., NE, Washington, DC, including any locked or padlocked rooms within, (as further described in "Attachment B")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) fruits, evidence, and instrumentalities of crimes against the United States (as further described in "Attachment A")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _11 August 2006_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_2:50p 1 Aug 2006_      at Washington, D.C.
Date and Time Issued

US District Court Judge      _Rosemary M. Collyer_
Name and Title of Judicial Officer      Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
|  | 8/2/06 @ approx 0815 | PREMISES (ON TOP OF COMPUTER KEYBOARD) |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| SA SHANE BURROUGHS |

### INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED "DETAIL INVENTORY LISTING OF ALL ITEMS SEIZED AT SEARCH WARRANT SITE"

**FILED**

AUG 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Stephanie E. Stradley*

Subscribed, sworn to, and returned before me this date

_____          8-9-06
U.S. Judge or U.S. Magistrate Judge        Date

# Detail Inventory Listing of All Items
# Seized at Search Warrant Site

**Site Name:**
1634 K St. N.E WDC Apt.#2

Rowhouse- Duplex

**Investigation No.:**

**Starting Date and Time:**
8/2/2006 8:43:00 AM

**Ending Date and Time:**
8/2/2006 10:10:44 AM

**Report Date:**
Wednesday, August 02, 2006

**Page:**
4 of 4

---

| | | |
|---|---|---|
| **Control #:** | 15 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | receipts, credit card numbers, telephone numbers, |
| **Key Word:** | next to fridge | |
| **Location:** | Dining Rm | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | Ben Hicks and Chris Goode | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |

| | | |
|---|---|---|
| **Control #:** | 16 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | Drug paraphenalia, drug residue, scales, razor blades (Turned over to MPD) |
| **Key Word:** | blk Michael Jordon case | |
| **Location:** | Dining Rm | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | Shane Burroughs and Donzell Jackson | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |

| | | |
|---|---|---|
| **Control #:** | 17 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | one receipt from Saks Fifth Ave. 2 white sheets of paper, 2 clothing tags, one sprint phone record, |
| **Key Word:** | near bed | |
| **Location:** | Bedroom | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | John Hoppe and Mike Cantilena | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |

| | | |
|---|---|---|
| **Control #:** | 18 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | 1 bag of 3 liquid viles containing Ecstasy (drug), 8 bags of white substance appears to be crack, 2 bags of Marijuana, and 4 bags of unknown drug substance, 30 round magazine w/ 20 rounds, box containing 24 rounds for 9mm (Turned over to MPD) |
| **Key Word:** | | |
| **Location:** | Bedroom | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | John Hoppe and Mike Cantilena | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |

# Detail Inventory Listing of All Items
# Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** 1634 K St. N.E WDC Apt.#2  Rowhouse- Duplex | **Investigation No.:**  **Starting Date and Time:** 8/2/2006 8:43:00 AM  **Ending Date and Time:** 8/2/2006 10:10:44 AM | **Report Date:** Wednesday, August 02, 2006  **Page:** 3 of 4 |

---

**Control #:** 10  **Evidence Box:**
**Photo #:**
**Description:** Seized Per Warrant    nordstroms gift card
**Key Word:** by fridge in brn pocketbk
**Location:** Dining Rm
**Found:** 1634 K St. N.E. WDC Apt.#2
**Locating Investigator:** Ben Hicks and Chris Goode
**Evidence Custodian:** Shane Burroughs
**Evidence Logger:** Michael Young

**Control #:** 11  **Evidence Box:**
**Photo #:**
**Description:** Seized Per Warrant    Commerce bank debit card        n the name of
**Key Word:** next to fridge
**Location:** Dining Rm
**Found:** 1634 K St. N.E. WDC Apt.#2
**Locating Investigator:** Ben Hicks and Chris Goode
**Evidence Custodian:** Shane Burroughs
**Evidence Logger:** Michael Young

**Control #:** 12  **Evidence Box:**
**Photo #:**
**Description:** Seized Per Warrant    one receipt from Nordstroms and one Nordstroms card w/ acct# on it
                                        ) (paper card)
**Key Word:**
**Location:** Dining Rm. Closet
**Found:** 1634 K St. N.E. WDC Apt.#2
**Locating Investigator:** Matthew Gause and Chris Goode
**Evidence Custodian:** Shane Burroughs
**Evidence Logger:** Michael Young

**Control #:** 13  **Evidence Box:**
**Photo #:**
**Description:** Seized Per Warrant    cellular phone records, and verizon phone records
**Key Word:** next to fridge
**Location:** Dining Rm
**Found:** 1634 K St. N.E. WDC Apt.#2
**Locating Investigator:** Ben Hicks and Chris Goode
**Evidence Custodian:** Shane Burroughs
**Evidence Logger:** Michael Young

**Control #:** 14  **Evidence Box:**
**Photo #:**
**Description:** Seized Per Warrant    One membership application, one pamphlet for Fairfield Resort w/
                                        N.W. address for
**Key Word:** under chair
**Location:** Living Rm
**Found:** 1634 K St. N.E. WDC Apt.#2
**Locating Investigator:** John Van Horne and James Mundo
**Evidence Custodian:** Shane Burroughs
**Evidence Logger:** Michael Young

# Detail Inventory Listing of All Items
## Seized at Search Warrant Site

**Site Name:**
1634 K St. N.E WDC Apt.#2

Rowhouse- Duplex

**Investigation No.:**

**Starting Date and Time:**
8/2/2006 8:43:00 AM

**Ending Date and Time:**
8/2/2006 10:10:44 AM

**Report Date:**
Wednesday, August 02, 2006

**Page:**
2 of 4

---

| Field | Value |
|---|---|
| **Control #:** | 5 |
| **Photo #:** | |
| **Evidence Box:** | |
| **Description:** | Seized Per Warrant   one tiffany and co. receipt |
| **Key Word:** | |
| **Location:** | Bedroom |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 |
| **Locating Investigator:** | Mike Ross and John Hoppe |
| **Evidence Custodian:** | Shane Burroughs |
| **Evidence Logger:** | Michael Young |

| Field | Value |
|---|---|
| **Control #:** | 6 |
| **Photo #:** | |
| **Evidence Box:** | |
| **Description:** | Seized Per Warrant   phone bills in the name of   nordstrom receipts |
| **Key Word:** | |
| **Location:** | Living Rm |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 |
| **Locating Investigator:** | Shane Burroughs and James Mundo |
| **Evidence Custodian:** | Shane Burroughs |
| **Evidence Logger:** | Michael Young |

| Field | Value |
|---|---|
| **Control #:** | 7 |
| **Photo #:** | |
| **Evidence Box:** | |
| **Description:** | Seized Per Warrant   nordstroms bag with t-shirt and 2 receipts |
| **Key Word:** | |
| **Location:** | Dining Rm. Closet |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 |
| **Locating Investigator:** | Matthew Gause and Chris Goode |
| **Evidence Custodian:** | Shane Burroughs |
| **Evidence Logger:** | Michael Young |

| Field | Value |
|---|---|
| **Control #:** | 8 |
| **Photo #:** | |
| **Evidence Box:** | |
| **Description:** | Seized Per Warrant   Hecht's receipt in the name   Purpose gift card statement in the name of   , Commerce bank deposit slip ( |
| **Key Word:** | |
| **Location:** | Living Rm |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 |
| **Locating Investigator:** | James Mundo and Ben Pasternak |
| **Evidence Custodian:** | Shane Burroughs |
| **Evidence Logger:** | Michael Young |

| Field | Value |
|---|---|
| **Control #:** | 9 |
| **Photo #:** | |
| **Evidence Box:** | |
| **Description:** | Seized Per Warrant   barcodes from various shoeboxes, sprint phone records, sheet containing email addresses |
| **Key Word:** | |
| **Location:** | Living Rm |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 |
| **Locating Investigator:** | Ben Pasternak and James Mundo |
| **Evidence Custodian:** | Shane Burroughs |
| **Evidence Logger:** | Michael Young |

# Detail Inventory Listing of All Items
## Seized at Search Warrant Site

**Site Name:** 1634 K St. N.E WDC Apt.#2

Rowhouse- Duplex

**Investigation No.:**

**Starting Date and Time:** 8/2/2006 8:43:00 AM

**Ending Date and Time:** 8/2/2006 10:10:44 AM

**Report Date:** Wednesday, August 02, 2006

**Page:** 1 of 4

---

| | | |
|---|---|---|
| **Control #:** | 1 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | I.D. Card for Statement for ( Nordstroms barcode     Wachovia Bank Misc. Receipts including Nordstroms, |
| **Key Word:** | | |
| **Location:** | Kitchen | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | Chris Goode and Ben Hicks | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |

| | | |
|---|---|---|
| **Control #:** | 2 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | check book, personal note pad, credit card in the name of ' white sheet of paper. |
| **Key Word:** | In blue purse | |
| **Location:** | Bedroom | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | John Hoppe and Mike Ross | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |

| | | |
|---|---|---|
| **Control #:** | 3 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | Nordstroms bag w/ receipts |
| **Key Word:** | | |
| **Location:** | Dining Rm. Closet | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | Matthew Gause and Chris Goode | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |

| | | |
|---|---|---|
| **Control #:** | 4 | **Evidence Box:** |
| **Photo #:** | | |
| **Description:** | Seized Per Warrant | 2 receipts, 1 price tag, one piece of paper w/ personal identifiers and credit card numbers |
| **Key Word:** | | |
| **Location:** | Living Rm | |
| **Found:** | 1634 K St. N.E. WDC Apt.#2 | |
| **Locating Investigator:** | John Van Horne and James Mundo | |
| **Evidence Custodian:** | Shane Burroughs | |
| **Evidence Logger:** | Michael Young | |